## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOEL PRICE,

      Plaintiff,

v.                                            Case No:  6:19-cv-874-Orl-40DCI

CITY OF ORLANDO, FLORIDA,

      Defendant.
_____/

### ORDER

      This cause comes before the Court on the parties' Joint Stipulation For Voluntary Dismissal With Prejudice (Doc. 23), August 26, 2019. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

      **DONE AND ORDERED** in Orlando, Florida on August 26, 2019.

                                                        PAUL G. BYRON
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

Case 6:19-cv-00874-PGB-DCI   Document 24   Filed 08/26/19   Page 2 of 2 PageID 162